IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

OPAL V. WALKER,

    Plaintiff,

vs.                                     CASE NO. 5:07cv275/RS-EMT

MICHAEL J. ASTRUE, Commissioner
of Social Security Administration,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 9).

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.

2. The Commissioner's Motion to Remand (Doc. 8) is **granted**.

3. This case is remanded to the Commissioner of the Social Security Administration pursuant to sentence six of 42 U.S.C. §405(g) for further administrative proceedings in accordance with the Report and Recommendation. Because the court retains jurisdiction of this case during the period of remand, judgment is not entered at this time.

4. The Commissioner shall advise the court of the status of this case sixty days from the date of this Order and every forty-five days thereafter.

5. The file shall be returned to the Magistrate Judge upon the Commissioner's filing the first status report and upon every status report thereafter.

**ORDERED** on May 12, 2008.

        /S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**