**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

OPAL V. WALKER,

    Plaintiff,

vs.                              CASE NO. 5:07cv275/RS-EMT

MICHAEL J. ASTRUE, Commissioner
of Social Security Administration,

    Defendant.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 35); Plaintiff's Petition For Attorneys' Fees And Costs Under The Equal Access To Justice Act (Doc. 33); and Defendant's Response to Plaintiff's Petition For Attorney Fees (Doc. 34).

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Plaintiff's Petition For Attorneys' Fees (Doc. 33) is **granted**.

3. Plaintiff's counsel, Heather Freeman, is entitled to recover fees in the amount of $2,811.72; expenses in the amount of $250.00; and costs in the amount of $350.00, for representing Plaintiff before the United States District Court for the Northern District of Florida pursuant to 28 U.S.C. §2412 ("EAJA"). The amount of attorney fees and hourly rate requested under the EAJA are reasonable, as are the expenses.

4. The Commissioner is directed to pay Plaintiff's counsel, Heather Freeman, $3,061.72 which represents $2,811.72 in fees and $250.00 in expenses.

5. Costs in the amount of $350.00 are awarded to Plaintiff's counsel, to be paid from the Judgment Fund of the United States Treasury.

**ORDERED** on June 22, 2010.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**